Filed 8/21/20  P. v. Miller CA2/1

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE, | B300947 |
| Plaintiff and Respondent, | (Los Angeles County |
| v. | Super. Ct. No. MA066786) |
| RAYMOND DAVIS MILLER, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Shannon Knight, Judge.  Affirmed.

David W. Beaudreau, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

—————————————

Jurors convicted defendant Raymond Davis Miller of numerous crimes. In a prior appeal, this court reversed three 1-year enhancements. Upon remand, the trial court vacated the sentence, struck the three enhancements, and resentenced defendant. Defendant appealed from the ensuing judgment. Defendant's appellate counsel filed a brief pursuant to the procedures described in *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) and requested this court independently review the record. We have reviewed the record and find no error. The judgment is affirmed.

## BACKGROUND

Following a jury trial, jurors found defendant guilty of three counts of assault with a deadly weapon, dissuading a witness from testifying, criminal threats, attempted kidnapping, conspiracy to kidnap, petty theft, and burglary. The facts underlying those convictions are not relevant to the current appeal.

The trial court sentenced Miller to a 20-year prison term, which included three 1-year-enhancements pursuant to Penal Code section 667.5 subdivision (b).[1]

Miller appealed from the judgment, and this court reversed the three section 667.5, subdivision (b) enhancements, finding insufficient evidence to support them. (*People v. Miller* (Apr. 25, 2019, B282284) [nonpub. opn.].) This court held that double jeopardy did not preclude a retrial on the enhancements. (*Ibid.*)

---

[1] Undesignated statutory citations are to the Penal Code.

2

Upon remand, the trial court vacated the 20-year sentence. The prosecution chose not to retry the three section 667.5, subdivision (b) enhancements. The trial court struck the three section 667.5, subdivision (b) enhancements. The trial court sentenced Miller to a 17-year sentence. Miller timely appealed.

## DISCUSSION

As noted, defendant's appointed counsel filed a brief identifying no issues on appeal. On June 5, 2020, this court advised defendant of the opportunity to file a supplemental brief. Defendant did not file a supplemental brief. We have reviewed the entire appellate record and find no arguable issue. Defendant's counsel has fully complied with his responsibilities. (*Wende, supra,* 25 Cal.3d at pp. 441–442; *People v. Kelly* (2006) 40 Cal.4th 106, 125–126.)

## DISPOSITION

The judgment is affirmed.
NOT TO BE PUBLISHED.


BENDIX, J.


We concur:


ROTHSCHILD, P. J.        SINANIAN, J.*

---

\* Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.